# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

**REBEKAH LOCKHART, on behalf of herself and all others similarly situated, et al.,**

 *Plaintiffs*,

v.               **Case No. 5:23-CV-1156-JKP-ESC**

**EL CENTRO DEL BARRIO, d/b/a Centromed,**

 *Defendant*.

## ORDER OF DISMISSAL

 The Court has considered the issues presented in this action and rendered its decision. For the reasons stated in the Memorandum Opinion and Order ("M&O") issued contemporaneously with this Order of Dismissal but before deconsolidation of this case with Civil Case Nos. 5:23-CV-1200-JKP-ESC and 5:23-CV-1453-JKP-ESC, the Court **DISMISSES** the deconsolidated Case No. 5:23-CV-1156-JKP-ESC without prejudice for lack of jurisdiction. As stated in the M&O, the Court finds no basis to remand this case to state court. Although remand is available for an action removed to federal court, Plaintiffs commenced this case in federal court. Consequently, this Court has no authority to remand this case to state court. Plaintiffs must independently commence their case against Defendant in state court. This dismissal is without prejudice to Plaintiffs pursuing their claims in state court. This order constitutes a final appealable order. **The Clerk of Court shall close this case.**

 IT is so ORDERED this 21st day of April 2025.

                 _____
                 JASON PULLIAM
                 UNITED STATES DISTRICT JUDGE